1  BERNARD J. KORNBERG (State Bar No. 252006)
   bernard.kornberg@practus.com
2  PRACTUS, LLP
   58 West Portal Ave PMB 782
3  San Francisco, CA 94127
   p: 341.234.6629
4
   Attorneys for Intellivest Securities, Inc.
5

6                    UNITED STATES DISTRICT COURT

7         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

8

9  INTELLIVEST SECURITIES, INC., a           Case No. 3:22-cv-02522
   Georgia Corporation,
10                                            **JUDGMENT CONFIRMING
                  Petitioner,                **ARBITRATION AWARD**
11
        vs.                                   Judge: The Hon Kandis A. Westmore
12
   GROWTH CAPITAL SERVICES, INC., a
13 Delaware corporation,

14                Respondent.

15

16      Judgment is hereby entered in favor of petitioner Intellivest Securities, Inc. ("Intellivest")

17 and against defendant Growth Capital Services, Inc. ("Growth Capital") as follows:

18      1.      Pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, *et seq.*, the final arbitration

19 award, dated January 10, 2022, arising out of the arbitration captioned *In the Matter of the*

20 *Arbitration Between Intellivest Securities, Inc. vs. Growth Capital Services, Inc.*, FINRA Case No.

21 20-04057, a copy of which is filed in this case as Dkt. #2-5, is confirmed; and

22      2.      Intellivest is awarded $908,929.50, along with daily interest in the amount of

23 $155.63, from January 10, 2022 until the date of entry of the judgment.

24

25

26

27

28

13040.0002/15534854.2

JUDGMENT CONFIRMING ARBITRATION AWARD

1 | DATED:

3                                        By: _____

4                                             The Honorable Kandis A. Westmore