| Attorney or Party without Attorney:<br>BERNARD J. KORNBERG (SBN 252006)<br>PRACTUS, LLP<br>58 WEST PORTAL AVENUE<br>SAN FRANCISCO, CA 94127<br>  Telephone No:<br>  Attorney For: Petitioner | | Ref. No. or File No.:<br>INTELLIVEST V. GROWTH CAPITAL | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff: INTELLIVEST SECURITIES, INC., a Georgia Corporation<br>Defendant: GROWTH CAPITAL SERVICES, INC., a Delaware corporation | | | |
| **PROOF OF SERVICE** | Hearing Date:    Time:    Dept/Div: | | Case Number:<br>3:22-cv-02522 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Letter Dated April 27, 2022; Notice Of Motion And Motion To Grant Petition To Confirm Arbitration Award And Enter Final Judgment; Memorandum Of Points And Authorities; Judgment Confirming Arbitration Award; Petition To Confirm Arbitration Award And Enter Final Judgment; Civil Cover Sheet; Declaration Of Daniel H. Kolber In Support Of Petition; Statement Of Claim; Certificate Of Interested Parties [Civil L.R. 3-15]; Standing Order For Magistrate Judge Kandis A. Westmore; Ecf Registration Information

3. a. Party served:    GROWTH CAPITAL SERVICES, INC., a Delaware corporation / BRIAN DUNN, OFFICER
   b. Person served:    BRIAN DUNN, OFFICER

4. Address where the party was served:    751 Haight St, San Francisco, CA 94117

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 29 2022 (2) at: 01:45 PM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. *The Fee* for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/29/2022
(Date)                                                                         (Signature)



PROOF OF SERVICE

7017285
(7892054)